UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN ANNE WECK,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.
                                          /

Case No. 16-11027

Honorable John Corbett O'Meara

**ORDER ADOPTING MAGISTRATE JUDGE STAFFORD'S
JUNE 16, 2017 REPORT AND RECOMMENDATION**

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge Elizabeth A. Stafford's June 16, 2017 Report and Recommendation, as well as Plaintiff's June 28, 2017 objections to the report and Defendant's June 30, 2017 response to those objections.

After conducting a *de novo* review, the court hereby **ORDERS** that Magistrate Judge Stafford's Report and Recommendation is **ADOPTED.**

It is further **ORDERED** that plaintiff Weck's motion for summary judgment is **DENIED**, and Defendant's motion for summary judgment is **GRANTED.**

s/John Corbett O'Meara
United States District Judge

Date: July 17, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 17, 2017, using the ECF system.

s/William Barkholz
Case Manager